## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

**V.**                                          **4:04CR00249-03 JMM**

**SHELLY M. GULLEY**


### AMENDED JUDGMENT

The Motion to Amend Restitution (Docket # 439) is GRANTED.  The Judgment entered

on June 26, 2006 is amended as stated in the Motion with respect to Account 29.  The Judgment

shall reflect a total restitution amount of $136,504.68.  This amount shall remain joint and

several with the defendants listed in the original Judgment.

IT IS SO ORDERED this __11th__ day of August, 2008.



_____
James M. Moody
United States District Judge